UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RITABEN PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:25-CV-121-REW |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Director of United States Citizenship and Immigration Services filed a motion to dismiss Plaintiff Ritaben Patel's complaint as moot. *See* DE 13. In support, the defendant reports that Plaintiff's U-Visa application has been adjudicated. *See id.* The Director has tendered supporting documentation, *see* DE 15, and seeks to file it under seal due to the presence of Plaintiff's personal identifying information concerning her application for a U-Visa, *see* DE 14. Having considered the matter and being sufficiently advised, the Court ORDERS as follows:

1. The Court GRANTS DE 14. The relevant documents shall remain under seal. *See* DE 15.
2. Within 21 days, Plaintiff may file a response to the motion to dismiss. Failure to file a timely response will result in the motion being granted.

This the 1st day of May, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**