UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RITABEN PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:25-CV-121-REW |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Director of United States Citizenship and Immigration Services filed a motion to dismiss Plaintiff Ritaben Patel's complaint as moot. *See* DE 13 (Motion). On May 1, 2026, the Court directed Plaintiff to file any response to the motion within 21 days. *See* DE 16 (Order). Plaintiff was cautioned that failure to file a response would result in the motion being granted. *Id.* The deadline has passed, and Plaintiff did not file a response. This confirms the mootness concern.

Accordingly, the Court ORDERS as follows:

1. The Court GRANTS DE 13.
2. The Court DISMISSES DE 1 without prejudice.
3. The Court will enter a corresponding Judgment.

This the 26th day of May, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**